ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEDORAH FARROW,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-01953-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file a transcript in response to Plaintiff's Complaint in this case due to a delay caused by a processing error. This request is made in good faith and is not intended to delay this matter.

WHEREFORE, Defendant requests up to and including September 28, 2026, to file a transcript in response to Plaintiff's Complaint.

Respectfully submitted,

Date: July 29, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: *s/ Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant United States Attorney
Attorneys for Defendant

Dated: July 29, 2026

/s/ *Justin Prato**
*as authorized by e-mail
Justin Prato
Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED.

Dated: July 29, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE