ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
NOAH SCHABACKER, MARYLAND BAR
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (303) 844-6232
E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH FARROW,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 2:26-cv-01953-DJC-ICD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from November 25, 2026, up to and including December 30, 2026. This is the Defendant's first request for an extension.

Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on November 20, 2026, and he had no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 23, 2026

/s/ *Justin Prato**
(*as authorized via e-mail on November 20, 2026)
JUSTIN PRATO, ESQ.
Attorney for Plaintiff

Dated: November 23, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration

By: /s/ *Noah Schabacker*
NOAH SCHABACKER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including **December 30, 2026**, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 23, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE